# United States District Court
## Southern District of Georgia

MITCHELL THIGPEN,

       Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 117-121

NANCY A. BERRYHILL, Deputy Commissioner for Operations of the Social Security Administration, performing the duties and functions not reserved to the Commissioner of Social Security,

       Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated May 21, 2018, the Court grants Defendant's unopposed motion to remand; therefore, the Commissioner's decision is reversed and remanded to the Commissioner for further consideration in accordance with the Court's opinion. This case stands closed.



| 5/21/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk